■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON ABREU, Appellant. [718 NYS2d 635] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered November 19, 1997, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly precluded a defense witness from testifying about collateral matters intended merely to impeach the credibility of a prosecution witness (*see, People v Aska,* 91 NY2d 979, 981; *People v Johnson,* 143 AD2d 847, 848).

The trial court's failure to submit the affirmative defense of extreme emotional disturbance to the jury did not constitute reversible error (*see, People v White,* 79 NY2d 900; *People v Walker,* 64 NY2d 741). Florio, J. P., McGinity, Luciano and Feuerstein, JJ., concur.